The Summerville, etc., Company *vs.* The Augusta, etc., Company.

THE SUMMERVILLE MACADAMIZED, GRADED, OR PLANK ROAD COMPANY, plaintiff in error, *vs.* THE AUGUSTA LAND COMPANY, defendant in error.

On an application for an injunction to restrain trespass, this court will not control the discretion of the court below in refusing such injunction if the defendants are fully able to respond in damages; and if the bill be retained for a full hearing, on the trial before the court and jury, all the facts can be fully investigated, damages for the past estimated and recovered, and a perpetual injunction be decreed for the future, if on such full hearing such decree should be found to be equitable and just.

JACKSON, Judge.

---

FREDERICK W. PIKE *et al.*, plaintiffs in error, *vs.* THOMAS D. DOTTERER, trustee, *et al.*, defendants in error.

The court having expressed its opinion in its charge upon the facts of this case, a new trial is ordered.

WARNER, Chief Justice.

---

S. W. MAYS, executor, *et al.*, plaintiffs in error, *vs.* T. N. KILLEN, defendant in error.

To authorize an executor to recover in ejectment, he must introduce the will and not the letters testamentary only: *Sorrell vs. Ham, 9th Georgia Reports, 55.*

JACKSON, Judge.